IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADRIAN BOWRIN<br>1127 48th PL NE<br>Washington, D.C. 20019<br><br>      *Plaintiff,*<br><br>      v.<br><br>DISTRICT OF COLUMBIA,<br>400 6th Street, NW<br>Washington, D.C. 20001<br><br>and<br><br>MICHAEL VAILLANCOURT,<br>Seventh District Police Station<br>2455 Alabama Ave SE<br>Washington, D.C. 20020<br><br>and<br><br>SERGEANT CURT SLOAN,<br>Seventh District Police Station<br>2455 Alabama Ave SE, Washington, DC 20020<br><br>      *Defendants.* | 1:23-cv-02421 |

## **NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendant Officer Michael Vaillancourt removes the above-captioned case to this Court under 28 U.S.C. § 1441, *et seq*. Defendant District of Columbia (the District) consents to the removal. In support of the removal, Officer Vaillancourt states as follows:

1. On November 30, 2022, Plaintiff Adrian Bowrin commenced an action in the Superior Court of the District of Columbia, Civil Division, entitled *Adrian Bowrin v. District of Columbia, et al.*, Civil Action No. 2022-CAB-005551. *See* Compl.

2. On June 16, 2023, Bowrin amend his complaint to add Officer Vaillancourt as a defendant. *See* Am. Compl.

3. Officer Vaillancourt seek to remove this action to this Court under 28 U.S.C. § 1441(a).

4. Bowrin alleges Officer Vaillancourt deprived him of his right not to be "subjected to the use of excessive and unreasonable force during a detention and seizure in contravention of the Fourth Amendment to the United States Constitution." *See* Am. Compl. ¶ 34.

5. Removal is proper because this civil action contains claims grounded in federal law which gives this Court original jurisdiction over the action under 28 U.S.C. §1331. *See* Am. Compl.

6. On July 19, 2022, Officer Vaillancourt received a summons and copy of Bowrin's Amended Complaint.[1]

7. This Notice is timely filed under 28 U.S.C. § 1446 because the removal is sought not more than 30 days after July 19, 2022, the date Bowrin was made aware of this action against him.

8. A copy of all documents from the Superior Court for the District of Columbia docket is attached hereto as Exhibit 1.

9. Officer Vaillancourt believes he has satisfied all requirements for removal of this action to this Court.

---

[1] Officer Vaillancourt does not waive his right to challenge the sufficiency of service of Bowrin's Amended Complaint.

For the foregoing reasons, Officer Vaillancourt asks that this action be accepted for removal to the United States District Court for the District of Columbia.

Dated: August 18, 2023                          Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Patricia A. Oxendine*
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Chief, Civil Litigation Division, Section I

*/s/ James C. Underwood*
JESSICA KRUPKE
D.C. Bar No. 1019967
JAMES C. UNDERWOOD III
D.C. Bar No. 1765117
Assistant Attorneys General
Office of the Attorney General
Civil Litigation Division, Section I
400 6th Street, NW
Washington, D.C.  20001
Phone: (202) 727-2125; (202) 701-0255
Fax: (202) 585-0145
Email:  jessica.krupke@dc.gov;
james.underwood@dc.gov

*Counsel for Defendant District of Columbia and Officer Michael Vaillancourt*